IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TROY MALLORY and EDMUNDO BALIDO, JR., Individually and for Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>DEMARK, INC.,<br><br>        Defendant. | Case No. 1:17-cv-07020<br><br>Judge:     Manish S. Shah<br><br>Magistrate: Michael T. Mason<br><br>Collective Action Pursuant To 29 U.S.C. § 216(b) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Troy Mallory and Edmundo Balido and Defendant Demark, Inc., by and through their respective attorneys, hereby stipulate and agree that the above-captioned matter be dismissed with prejudice with respect to all claims filed against Defendant by Troy Mallory and Edmundo Balido, Jr. The Parties agree to bear their own attorneys' fees and costs except as otherwise agreed.

43802717v.1

**DATED: January 23, 2018**

| | |
|---|---|
| By: /s/ *Gerald L. Maatman, Jr.* | By: /s/ *Richard Schreiber* |
| Gerald L. Maatman, Jr.<br>gmaatman@seyfarth.com<br>Rebecca P. DeGroff<br>rdegroff@seyfarth.com<br>Alex W. Karasik<br>akarasik@seyfarth.com | Michael Josephson<br>Texas Bar No. 24014780<br>mjosephson@mybackwages.com<br>Richard M. Schreiber<br>Texas Bar No. 24056278<br>rschreiber@mybackwages.com |
| Seyfarth Shaw LLP<br>233 South Wacker Drive<br>Suite 8000<br>Chicago, IL 60606<br>Telephone: 312-460-5000 | JOSEPHSON DUNLAP<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77406<br>713-352-1100 - Telephone<br>713-352-3300 - Facsimile |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

43802717v.1

## CERTIFICATE OF SERVICE

I, Gerald L. Maatman, Jr., an attorney, do hereby certify that, on this 23rd day of January, 2018, I have caused a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

>Douglass M. Werman
>dwerman@flsalaw.com
>**WERMAN SALAS, P.C.**
>77 West Washington Street
>Suite 1402
>Chicago, IL 60602
>312-419-1008 - Telephone
>312-419-1025 - Facsimile
>
>Michael A. Josephson
>Texas Bar No. 24014780
>mjosephson@mybackwages.com
>Richard M. Schreiber
>Texas Bar No. 24056278
>rschreiber@mybackwages.com
>Andrew Dunlap Texas Bar No. 24078444
>**JOSEPHSON DUNLAP**
>11 Greenway Plaza, Suite 3050
>Houston, Texas 77406
>713-352-1100 - Telephone
>713-352-3300 - Facsimile
>
>Richard J. (Rex) Burch
>Texas Bar No. 24001807
>rburch@brucknerburch.com
>**BRUCKNER BURCH, P.L.L.C.**
>8 Greenway Plaza, Suite 1500
>Houston, Texas 77046
>713-877-8788 - Telephone
>713-877-8065 - Facsimile
>
>*Attorneys in Charge for Plaintiffs*

>>*/s/ Gerald L. Maatman, Jr.*
>>Gerald L. Maatman, Jr.

43802717v.1